**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DALE PROGRESS LTD.,**<br><br>     Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY,**<br><br>     Defendant. | CIVIL ACTION NO. 1:19-cv-00256-RGA |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Dale Progress Ltd. hereby files this Notice of Voluntary Dismissal of Defendant Ford Motor Company pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Ford Motor Company has not yet answered the Complaint. Accordingly, Plaintiff Dale Progress Ltd. voluntarily dismisses Defendant Ford Motor Company with prejudice pursuant to Rule 41(a)(1).

Dated: March 22, 2019

DEVLIN LAW FIRM LLC

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom Street, 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Dale Progress Ltd.*